UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 3:16-cv-419

| | |
|---|---|
| DON HENDERSON and wife, ROSINA HENDERSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>*Defendants.* | **ORDER ALLOWING MOTION TO STAY** |

FOR THE REASONS STATED IN PLAINTIFFS' MOTION TO STAY, and with the consent of opposing counsel, the Court orders that all further proceedings in this matter are hereby STAYED until the Court has had an opportunity to rule on Plaintiffs' Motion for Remand.

Signed: July 7, 2016

Graham C. Mullen
United States District Judge

1