IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-419-GCM

| | | |
|---|---|---|
| DON HENDERSON AND WIFE, ROSINA HENDERSON, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | ORDER |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Patricia McHugh Lambert,** filed August 4, 2016 [doc. # 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Lambert is admitted to appear before this court *pro hac vice* on behalf of Defendant, Nationwide Mutual Fire Insurance Company.

**IT IS SO ORDERED.**

Signed: August 5, 2016

Graham C. Mullen
United States District Judge